JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Goyeto Repuyan Custodio,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-00307-AC<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from  May 31, 2023 to June 30, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of May 22, 2023 and May 29, 2023, Counsel currently

has 17 merit briefs, and several letter briefs and reply briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

           Respectfully submitted,

Dated: May 17, 2023    PENA & BROMBERG, ATTORNEYS AT LAW

          By: */s/ Jonathan Omar Pena*
            JONATHAN OMAR PENA
            Attorneys for Plaintiff

Dated: May 17, 2023    PHILLIP A. TALBERT
            United States Attorney
            MATHEW W. PILE
            Associate General Counsel
            Office of Program Litigation
            Social Security Administration

          By: *\*/s/ Franco Becia*
            Franco Becia
            Special Assistant United States Attorney
            Attorneys for Defendant
            (\*As authorized by email on May 17, 2023)

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  May 17, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE